| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) SCOTT, HUGH B. | 2. Court or Organization U.S. DISTRICT COURT WDNY | 3. Date of Report 05/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) FULL-TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER BOARD OF DIRECTORS | ERIE COUNTY BAR ASSOCIATION AID TO INDIGENT PRISONERS |
| 2. | MEMBER BOARD OF DIRECTORS | NATIONAL FEDERATION FOR JUST COMMUNITIES (FORMERLY KNOWN AS NATIONAL CONFERENCE FOR COMMUNITY AND JUSTICE) |
| 3. | MEMBER BOARD OF TRUSTEES | CATHOLIC HEALTH CARE SYSTEM |
| 4. | CHAIR ADVISORY COMMITTEE | CANISIUS COLLEGE OFFICE OF MULTICULTURAL PROGRAMS |
| 5. | MEMBER DEAN'S ADVORY COUNCIL | UNIVERSITY OF BUFFALO LAW SCHOOL DEAN'S ADVISORY COUNCIL |
| 6. | MEMBER BOARD OF DIRECTORS | COMMUNITY FOUNDATION FOR GREATER BUFFALO |
| 7. | CHAIR GOVERNANCE COMMITTEE | COMMUNITY FOUNDATION FOR GREATER BUFFALO |
| 8. | COMMITTEE MEMBER | JUDICIAL CONFERENCE COMMITTTEE ON CODES OF CONDUCT |
| 9. | VICE CHAIR | COMMUNITY FOUNDATION FOR GREATER BUFFALO |
| 10. | MEMBER BOARD OF TRUSTEES | NIAGARA UNIVERSITY |
| 11. | MEMBER BOARD OF TRUSTEES | CATHOLIC HEALTH CARE SYSTEM |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOTT, HUGH B. | 05/07/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOTT, HUGH B. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | PART TIME LECTURER SUNY AT BUFFALO LAW SCHOOL | $3,000.00 |
| 2. 2012 | NEW YORK STATE RETIREMENT | $24,105.72 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ALLSTATE INSURANCE COMPANY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New Yrok Intellectual Property Law Assoc. | March 23, 2012 | Waldorf-Astoria, NYC | 90th Annual Dinner in Honor of the Judiciary | Transportation, meals, hotel lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOTT, HUGH B. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | KEY BANK USA, NA | COSIGNER OF ▨▨▨ LOAN ▨▨▨ | J |
| 2. | CITIBANK | CREDIT CARD | J |
| 3. | ROYAL BANK OF CANADA (X) | MORTGAGE on Property #2 | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOTT, HUGH B. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DEAN WITTER N.Y. TAX FREE MUTUAL FUND (Y) | | | | | | | | | |
| 2. SEARS EMPLOYEE PROFIT SHARING STOCK FUND | A | Dividend | K | W | | | | | |
| 3. PROPERTY #1 AMHERST, N.Y REMAINDER INTEREST 1/10/97 | | None | M | Q | | 01/15/97 | | | |
| 4. PROPERTY #2 RENTAL PROPERTY TORONTO, ONT (X) | | None | | | Sold | 09/06/09 | N | E | |
| 5. KEY BANK ACCOUNT (X) | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOTT, HUGH B. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. 1. I resigned from the board 2009.
   2. My term expired 2009.
   3. My term expired 2011.
   4 My term expired 2009.
   5. My term expired 2009.
   7. I am no longer Chair of this committee. The governance committee of this organiztion was eliminated.
   9. Elected to position of Vice Chair of the Board December, 2009, and my office expired December 2011.
   10. Elected December, 2010 to The Board of Trustees
   11. Elected May, 2013

VII. In accordance with _____ Last Will and Testament dated July 2, 1986 and upon ____ death, _____ share a remainder interest in the family home. The value of this real estate is based upon an appraisal dated January 10, 1997.

VII (1) These investments were sold at a loss March 17, 2006.

VII.(4) This real estate was purchased in joint tenancy with _____ on September 18, 2006 for $203,900.00 (Canadian Funds). This property was sold September 16, 2009.

VI. (3) This mortgage liability is joint with _____ on investment real estate reported in VII. (4). This mortgage was discharged on the sale of this property September 16, 2009.

VII (5) The interest on this account did not amount to the qualifying requirement for last reporting year .

| Name of Person Reporting | Date of Report |
|---|---|
| SCOTT, HUGH B. | 05/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HUGH B. SCOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544